# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10014
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 31, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CHRISTOPHER RASHAD TEAL,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CR-173-1

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

Christopher Rashad Teal pleaded guilty to conspiracy to possess with intent to distribute heroin. He now appeals, challenging the procedural and substantive reasonableness of the above-guidelines 298-month sentence of imprisonment imposed by the district court. We affirm.

First, Teal's alternative interpretations of the record evidence are insufficient to demonstrate that the district court clearly erred in determining

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-10014

the quantity of cocaine and heroin for the purpose of calculating his guidelines range.  *See United States v. Harris*, 740 F.3d 956, 966-67 (5th Cir. 2014). Second, his unpreserved challenge to the sufficiency of the district court's consideration of the sentencing factors and explanation of the above-guidelines sentence fails on review for plain error.  *See United States v. Churchwell*, 807 F.3d 107, 122-23 (5th Cir. 2015).  Third, we are unpersuaded that the district court abused its discretion by imposing a substantively unreasonable sentence. *See United States v. McElwee*, 646 F.3d 328, 343 (5th Cir. 2011).

AFFIRMED.